B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Tri State Trucking Company**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AJ's<br>52 Railroad Avenue<br>Mansfield, PA 16933 | AJ's<br>52 Railroad Avenue<br>Mansfield, PA 16933 | Trade Vendor | | 73,025.74 |
| American Truck Stop<br>2720 South Main Street<br>Mansfield, PA 16933 | American Truck Stop<br>2720 South Main Street<br>Mansfield, PA 16933 | Trade Vendor | | 485,696.93 |
| Axion International Inc.<br>4005 All American Way<br>Zanesville, OH 43701 | Axion International Inc.<br>4005 All American Way<br>Zanesville, OH 43701 | Trade VEndor | | 52,200.00 |
| B&K Equipment, LLC<br>PO Box 741<br>Wyalusing, PA 18853 | B&K Equipment, LLC<br>PO Box 741<br>Wyalusing, PA 18853 | Trade Vendor | | 54,799.59 |
| Blue Cross - First Priority Life<br>PO Box 2127<br>Wilkes Barre, PA 18703 | Blue Cross - First Priority Life<br>PO Box 2127<br>Wilkes Barre, PA 18703 | Trade Vendor | | 69,153.44 |
| Bradco Supply Company<br>80 Old Mills Road<br>Towanda, PA 18848 | Bradco Supply Company<br>80 Old Mills Road<br>Towanda, PA 18848 | Trade Vendor | | 19,200.00 |
| Cleveland Brothers<br>P O Box 417094<br>Boston, MA 02241 | Cleveland Brothers<br>P O Box 417094<br>Boston, MA 02241 | Trade Vendor | | 250,866.54 |
| FleetMatics USA, LLC<br>P O Box 347472<br>Pittsburgh, PA 15251 | FleetMatics USA, LLC<br>P O Box 347472<br>Pittsburgh, PA 15251 | Trade Vendor | | 249,119.20 |
| Grant Smith Trucking<br>c/o Edward Leymarie, Jr. Esquire<br>423 Sixth Street<br>Ellwood City, PA 16117 | Grant Smith Trucking<br>c/o Edward Leymarie, Jr. Esquire<br>423 Sixth Street<br>Ellwood City, PA 16117 | Trade Vendor | | 30,000.00 |
| Great Plains Oilfield Rental<br>P O Box 650840<br>Dallas, TX 75265 | Great Plains Oilfield Rental<br>P O Box 650840<br>Dallas, TX 75265 | Trade Vendor | | 44,941.00 |
| Hertz Equipment Rental<br>P O Box 650280<br>Dallas, TX 75265 | Hertz Equipment Rental<br>P O Box 650280<br>Dallas, TX 75265 | Trade Vendor | | 95,405.97 |

B4 (Official Form 4) (12/07) - Cont.

In re **Tri State Trucking Company**            Case No. _____

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ironent, LLC<br>3847 South Boulevard Ste 400<br>Edmond, OK 73013 | Ironent, LLC<br>3847 South Boulevard Ste 400<br>Edmond, OK 73013 | Trade Vendor | | 106,954.95 |
| Jack Doheny Companies<br>P O Box 609<br>Northville, MI 48167 | Jack Doheny Companies<br>P O Box 609<br>Northville, MI 48167 | Trade Vendor | | 171,541.83 |
| JJ Powell Fuel Management<br>P O Box 30<br>Philipsburg, PA 16866 | JJ Powell Fuel Management<br>P O Box 30<br>Philipsburg, PA 16866 | Trade Vendor | | 246,668.79 |
| Mansfield Crane Service Corp<br>79 West Gate Road<br>Mansfield, PA 16933 | Mansfield Crane Service Corp<br>79 West Gate Road<br>Mansfield, PA 16933 | Trade Vendor | | 209,665.00 |
| Napa-Rakoski Automotive<br>234 Main Street<br>Blossburg, PA 16912 | Napa-Rakoski Automotive<br>234 Main Street<br>Blossburg, PA 16912 | Trade Vendor | | 25,908.43 |
| National Oilwell Varco<br>P O Box 200838<br>Dallas, TX 75320 | National Oilwell Varco<br>P O Box 200838<br>Dallas, TX 75320 | Trade Vendor | | 46,231.80 |
| Parentebeard, LLC<br>2 Walnut Street<br>Wellsboro, PA 16901 | Parentebeard, LLC<br>2 Walnut Street<br>Wellsboro, PA 16901 | Trade Vendor | | 31,852.87 |
| Somerset Regional Water Resources<br>139 East Union Street<br>Somerset, PA 15501 | Somerset Regional Water Resources<br>139 East Union Street<br>Somerset, PA 15501 | Trade Vendor | | 24,650.75 |
| Western AG Enterprises Inc<br>8121 W Harrison Street<br>Tolleson, AZ 85353 | Western AG Enterprises Inc<br>8121 W Harrison Street<br>Tolleson, AZ 85353 | Trade Vendor | | 49,409.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 13, 2015**            Signature    **/s/ William E. Robinson**
                                                                      **William E. Robinson**
                                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.