IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
 : 
TRI STATE TRUCKING CO., : Case No. 4:15-bk-04444 (JJT)
 : 
        Debtor. : NOTICE OF APPOINTMENT OF
 : COMMITTEE OF UNSECURED
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x CREDITORS

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

    1. **Ironent, LLC**, 1000 West Wilshere, Suite 358, Oklahoma City, OK 73116, Phone: (405) 840-4000 Fax: (405) 842-6259

    2. **Jack Doheny Companies**, Attn: Steve Shafer, P.O. Box 609, Northville, MI 48167, Phone: (908) 625-7781

    3. **A.J.'s Outdoor Power Equipment Inc.**, 1699 S. Main St., Mansfield, PA 16933, Phone: (570) 662-1700, Fax: (570) 662-1701

    ANDREW R. VARA
    Acting United States Trustee, Region 3

    /s/ *Benjamin Hackman* for
    ANNE FIORENZA
    ASSISTANT UNITED STATES TRUSTEE

DATED: November 23, 2015

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Counsel: Henry Van Eck, Phone: (717) 232-5000, Fax: (717) 236-1816